FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 05 2018

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____2018cv02190 GPG_____

(To be supplied by the court)

_Raymond and Amelia Schwab_____, Plaintiff's

v.

SEE ATTACHED

_____

_____

_____

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Defendant List Attachment:

KRIS KOBACH in official and individual capacity

KANSAS DEPARTMENT OF CHILDREN AND FAMILIES.

KIM YOXELL in official and individual capacity,

ANGIE SUTHER  in official and individual capacity

PHYLLIS GILMORE in official and individual capacity,

THERESA FREED  in official and individual capacity

KENDRA BAKER  in official and individual capacity

RANDY DEBENHAM  in official and individual capacity

BLAKE ROBINSON  in individual and professional capacity,

ANDREW VINDUSKA  in individual and professional capacity,

MIRANDA JOHNSON  in individual and professional capacity,

LORA INGLES  in individual and professional capacity,

BARRY WILKERSON in professional and individual capacity,

BETHANY FIELDS  in individual and professional capacity,

RILEY COUNTY POLICE DEPARTMENT

CARLA SCHWARTZ  in personal and professional capacity

JULIA GOGGINS       in personal and professional capacity

KVC A 501c3 Nonprofit Organization,

RHONDA EISENBAREGER in professional and personal capacity

DEJA JACKSON in personal and professional capacity

PATHWAYS FAMILY SERVICES, LLC

PAWNEE MENTAL HEALTH SERVICE

SUNFLOWER CASA PROJECT 501c3 non profit entity

ST FRANCIS COMMUNITY SERVICES 501c3 non profit entity.

KATHY BOYD in individual and professional capacity,

LAURA PRICE in individual and professional capacity,

KAYLEE POSSEN in individual and professional capacity

ANTHONY ALLISON in individual capacity

MICHELLE ALLISON in individual capacity

AMANDA ALLISON-BALLARD in individual capacity

DOES 1-10 Inclusive,

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

**Raymond and Amelia Schwab 5232 Glade Road Loveland Colorado 80538**

(Name and complete mailing address)

970-402-7230  schwabstrong@gmail.com

(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Kris Kobach          120 SW 10th Ave Topeka, Ks 66612

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:       Kansas Department of Children and Family Services .  555 S. Kansas Avenue Topeka, Kansas 66603

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:      Kim Yoxell 128 S Kansas St Kensington, KS 66951

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:     Angie Suther 700 Spruce Street Wamego Kansas 66547

(Name and complete mailing address)

2

## B. DEFENDANT(S) INFORMATION.

Defendant 5:   Phyllis Gilmore        286 N Overlook St Olathe KS 66061-6006

(Telephone number and e-mail address if known)

Defendant 6:   Theresa Freed        5630 SW 35th Ter, Topeka, KS  66614
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 7:   Kendra Baker            410 N State St Norton KS 67654-1622
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 8:   Randy Debenham  3615 SW 29th St,  Topeka, KS 66614
(Name and complete mailing address)

Defendant 9:   Blake Robinson   211 South 4th St  Manhattan ks 66502
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 10:  Andrew Vinduska    555 Poyntz Ave #225 Manhattan, Ks 66502
(Name and complete mailing address)

Defendant 11:   Miranda Johnson  1001 S Seth Childs Road Manhattan Kansas 66502
                (Name and complete mailing address)

                (Telephone number and e-mail address if known)

Defendant 12:   Lora Inglés  1619 Poyntz Ave Manhattan Ks 66502
                (Name and complete mailing address)

Defendant 13:  Barry Wilkerson  105 Courthouse Plaza Manhattan Ks 66502
                (Name and complete mailing address)

                (Telephone number and e-mail address if known)

Defendant 14:  Bethany Fields   5955 Lewis Wilson Rd Wamego KS 66547-9518
                (Name and complete mailing address)

                (Telephone number and e-mail address if known)

Defendant 15:   Riley County Police Department   1001 S. Seth Childs Road Manhattan, Ks 66502
                (Name and complete mailing address)

                (Telephone number and e-mail address if known)

Defendant 16:   Carla Swartz   16960 Munkers Creek Rd Alta Vista, KS 66834
                (Name and complete mailing address)

Defendant 17:  Julia Goggins   1001 S. Seth Childs Road Manhattan, Ks 66502
                (Name and complete mailing address)

Defendant 18:  KVC     235 S Kansas Ave, Topeka, KS 66603
        (Name and complete mailing address)

        (Telephone number and e-mail address if known)


Defendant 19:  Rhonda Eisenbarger   1211 N 8th St, Kansas City, KS 66101
        (Name and complete mailing address)

        (Telephone number and e-mail address if known)


Defendant 20:   Deja Jackson  . 1715 E Cedar St Ste 115. Olathe; KS 66062.
        (Name and complete mailing address)


Defendant 21:   Pathways Family Services   4101 SW Martin Dr # C,  Topeka, KS 66609
        (Name and complete mailing address)

        (Telephone number and e-mail address if known)


Defendant 22:  Pawnee Mental Health Services  437 Houston St, Manhattan, KS 66502
        (Name and complete mailing address)

        (Telephone number and e-mail address if known)


Defendant 23:  Sunflower CASA Project    115 N 4th St. Manhattan, KS 66502
        (Name and complete mailing address)

        (Telephone number and e-mail address if known)

Defendant 24: _____ St Francis Community Services    509 E Elm St A, Salina, KS 67401 ____
(Name and complete mailing address)


Defendant 25: __ Katherine Boyd    509 E Elm St A, Salina, KS 67401 _____
(Name and complete mailing address)


_____
(Telephone number and e-mail address if known)


Defendant 26: ___ Laura Price    1815 Holiday Dr, Emporia, KS 66801 _____
(Name and complete mailing address)


_____
(Telephone number and e-mail address if known)


Defendant 27: _____ Kaylee Posson   1770 S Rock Rd Apt 1203 _____
Wichita KS 67207-5179 .
(Name and complete mailing address)


_____
(Telephone number and e-mail address if known)


Defendant 28: _____ Anthony Allison   201 E Cedar ST _____
Riley Ks. 66531 _____
(Name and complete mailing address)


Defendant 29: ___ Michelle Allison   201 E Cedar ST _____
Riley Ks. 66531 _____
(Name and complete mailing address)


_____
(Telephone number and e-mail address if known)

Defendant 30: ___Amanda Allison-Ballard____115 N Noble St
Riley, Ks 66531

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States).

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

__XX__        Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or

corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____ Colorado _____

If Defendant's 1 is an individual, Defendant 1 is a citizen of ___ Kansas _____

Defendant's 1-30 and Does 1-10 are individuals or entities who are citizens of or incorporated in the State of Kansas.

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____ See Attached Complaint   Pgs 15-75 _____

   Supporting facts:

4

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

See attached complaint Pgs 75-76

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9-4-2018
_____
(Date)

5

_____
(Plaintiff's signature)

9-4-18
_____
(Date)

(Form Revised December 2017)

6



